SHPOREN, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme

Court, Appellate Division, First Department. April 14, 1905.) Action by Abraham Shporen against the Metropolitan Street Railway Company. C. F. Brown, for appellant. G. P. Foulk, for respondent.

PER CURIAM. Judgment and order affirmed, with costs.

VAN BRUNT, P. J., dissents.